## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH FINN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 15-4658 |
| v. | : | |
| | : | |
| GREAT PLAINS LENDING, LLC, | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this _23rd_ day of _____February_____, 2016, it is **ORDERED** that the Specially-Appearing Defendant Great Plains Lending, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. Rules 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) (ECF No. 7) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to